RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KATHERINE TANAKA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Katherine_Tanaka@fd.org

Attorney for Ryan Sanchez

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RYAN SANCHEZ,<br><br>　　　　Defendant. | Case No. 2:20-cr-00086-APG-EJY<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Andrew W. Duncan, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine Tanaka, Assistant Federal Public Defender, counsel for Ryan Sanchez, that the Resentencing Hearing currently scheduled on November 17, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

　　　This Stipulation is entered into for the following reasons:

　　　1.　　Defense counsel was recently assigned to Mr. Sanchez's case and needs additional time to prepare Mr. Sanchez for the Presentence Report Interview with the United States Probation Office as well as for the sentencing hearing.

　　　2.　　The defendant is in custody and does not object to the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 6th day of October 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By /s/ Katherine Tanaka<br>KATHERINE TANAKA<br>Assistant Federal Public Defender | By /s/ Andrew W. Duncan<br>ANDREW W. DUNCAN<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RYAN SANCHEZ,<br><br>　　　　　Defendant. | Case No. 2:20-cr-00086-APG-EJY<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the resentencing hearing currently scheduled for November 17, 2021, at 2:30 p.m.., be vacated and continued to January 19, 2022 at the hour of 2:30 p.m. in courtroom 6C; or to a time and date convenient to the court.

　　　DATED this 6th day of October 2021.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3