RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KATHERINE TANAKA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Katherine_Tanaka@fd.org

Attorney for Ryan Sanchez

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00086-APG-EJY |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (Third Request) |
| RYAN SANCHEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Andrew W. Duncan, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine Tanaka, Assistant Federal Public Defender, counsel for Ryan Sanchez, that the Sentencing Hearing currently scheduled on March 16, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to go over mitigation evidence and prepare Mr. Sanchez and his family for the sentencing hearing.

2. The defendant is in custody and does not object to the continuance.

3. The parties agree to the continuance.

This is the third request for a continuance of the sentencing hearing.

DATED this 10th day of March 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By /s/ *Katherine Tanaka*<br>KATHERINE TANAKA<br>Assistant Federal Public Defender | By /s/ *Andrew W. Duncan*<br>ANDREW W. DUNCAN<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>RYAN SANCHEZ,<br><br>        Defendant. | Case No. 2:20-cr-00086-APG-EJY<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for March 16, 2022, at 2:30 p.m., be vacated and continued to May 11, 2022 at the hour of 3:30 p.m. in Courtroom 6C.

DATED this 11th day of March 2022.

_____
UNITED STATES DISTRICT JUDGE