UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RYAN SANCHEZ,<br><br>Defendant. | Case No. 2:20-cr-00086-APG-EJY<br><br>**ORDER** |

Pending before the Court is Defendant's Motion for Leave to File Exhibits B and C Under Seal. ECF No. 54. Through the Motion, Defendant seeks to seal medical and family records that are private and confidential.

Years ago, the Ninth Circuit established a strong presumption of public access to judicial records. *Kamakana v. City of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006); *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003). A party seeking to file documents under seal bears the burden of overcoming that presumption. *Pintos v. Pac. Creditors Ass'n*, 605 F.3d 665, 678 (9th Cir. 2010) (quoting *Kamakana*, 447 F.3d at 1178). To overcome the presumption when a dispositive motion is at issue, the moving party must demonstrate a compelling reason that supports maintaining the secret nature of the documents. *Kamakana*, 447 F.3d at 1180. The compelling reason must outweigh the public's interest in having access to the judicial records and in understanding the judicial process. *Id.* at 1178-79. Medical privacy has qualified as a "compelling reason," for sealing records. *San Ramon Regional Med. Ctr., Inc. v. Principal Life Ins. Co.*, 2011 WL 89931, at n.1 (N.D. Cal. Jan. 10, 2011); *Abbey v. Hawaii Employers Mut. Ins. Co.*, 2010 WL 4715793, at \*1-2 (D. HI. Nov. 15, 2010).

Here, Defendant establishes a compelling reason to seal Exhibits B and C containing medical and family records. There is no reason for these records to be accessible to the public at large.

Accordingly, IT IS HEREBY ORDERED that Defendant's Motion for Leave to File Exhibits B and C Under Seal, ECF No. 54, is GRANTED.

Dated this 5th day of May, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE