FILED     RECEIVED
ENTERED     SERVED ON
COUNSEL/PARTIES OF RECORD

May 11, 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-CR-086-APG-EJY |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| RYAN SANCHEZ, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); 18 U.S.C. § 924(d)(1), (2)(C), and (3)(A) with 28 U.S.C. § 2461(c); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(p) based upon the plea of guilty by Ryan Sanchez to the criminal offenses, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which Ryan Sanchez pled guilty. Criminal Indictment, ECF No. 13; Plea Agreement, ECF No. 34; Preliminary Order of Forfeiture, ECF No. 35; Change of Plea, ECF No. 36.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from August 31, 2021, through September 29, 2021, and from December 28,

2021, through January 26, 2022, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF Nos. 38-1, p. 5; 46-1, p. 5.

    This Court finds the United States notified known third parties by personal service or by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Personal Service, ECF No. 44; Notice of Filing Service of Process – Mailing, ECF No. 45.

    On January 12, 2022, the United States Marshals Service attempted to personally serve Daniel Ray Stephens with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 44.

    On December 29, 2021, the United States Attorney's Office attempted to serve Daniel Ray Stephens in Las Vegas, NV by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Both mailings were returned to sender. Notice of Filing Service of Process – Mailing, ECF No. 45, p. 3-15.

    On December 29, 2021, the United States Attorney's Office attempted to serve Daniel Ray Stephens in Schertz, TX by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The regular mail was returned to sender. The certified mail was forwarded to Cibolo, TX. Notice of Filing Service of Process – Mailing, ECF No. 45, p. 3-11, 16-19.

    On December 29, 2021, the United States Attorney's Office served Daniel Ray Stephens in Cibolo, TX by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 45, p. 3-11, 20-21.

    No other people, entities, or addresses were located for service.

    This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

    This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

/ / /

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); 18 U.S.C. § 924(d)(1), (2)(C), and (3)(A) with 28 U.S.C. § 2461(c); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 21 U.S.C. § 853(p); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. a black Cobra .380 ACP semiautomatic handgun, bearing serial number FS008261; and
2. any and all compatible ammunition

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED May 11, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE